RECEIVED

MAY 23 2018

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **WILLIAM R. ABBOTT**<br>REG. # 57819-083 | : | **DOCKET NO. 18-cv-0394**<br>**SECTION P** |
| **VERSUS** | : | **JUDGE JAMES T. TRIMBLE, JR.** |
| **UNITED STATES OF AMERICA** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, after an independent review of the record, including the objections filed by petitioner, and a determination that the findings are correct under applicable law,

**IT IS ORDERED** that this matter be **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**THUS DONE AND SIGNED** in Chambers in Alexandria, Louisiana, this 23rd day of May, 2018.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE